FILED

03/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0532

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0532

_____

REC ADVANCED SILICON MATERIALS, LLC,

     Petitioner and Appellee,

  V.

SARAH MACIAG,                     O R D E R

     Respondent and Appellant,

MONTANA DEPARTMENT OF LABOR AND
INDUSTRY, HUMAN RIGHTS COMMISSION,

     Respondents.

_____

On February 2, 2021, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2021